■ Donald A. Danielson, Respondent, v Suzanne C. Danielson, Appellant.

Contrary to the defendant's position, the Supreme Court was without jurisdiction to direct the specific performance of a contract of sale between the parties with regard to the marital residence, which contract was executed subsequent to the parties' judgment of divorce. In order to seek enforcement of that contract, the defendant must institute a separate action for specific performance against the plaintiff. Mollen, P. J., Thompson, Rubin and Spatt, JJ., concur.